MARY MACFADDEN, Appellant, against BERNARR MACFADDEN et al., Respondents.

Argued June 11, 1941; decided July 29, 1941.

*Harold H. Corbin, Edward J. Bennett* and *Alfred J. Callahan* for appellant.

*Arthur Garfield Hays, Theodore Kiendl, William Abramson*
and *John Schulman* for respondents.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY,
LEWIS and CONWAY, JJ.   Taking no part: DESMOND, J.